UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-7129-GW-ASx | Date | November 8, 2024 |
|---|---|---|---|
| Title | *Jardine Gougis v. Royal Business Bank, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On November 7, 2024, Plaintiff Jardine Gougis filed a Notice of Settlement [15]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for December 12, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 10, 2024.

:

Initials of Preparer   JG