JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>    Plaintiff,<br><br>vs.<br><br>ROYAL BUSINESS BANK; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:24-cv-07129-GW (ASx)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION |

NOTICE OF VOLUNTARY DISMISSAL

Based on the stipulation from the Parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until January 8, 2025.

SO ORDERED.

DATED: December 10, 2024

George H. Wu,
United States District Court Judge